Opinion filed October 2, 2014



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00159-CV

_____

## CHARLES MATLOCK, INDIVIDUALLY AND D/B/A MATLOCK INSURANCE AGENCY, Appellant

## V.

## KENNETH FITZGERALD AND GAYLE FITZGERALD AND BUFORD NARRAMORE AND SHARON NARRAMORE, Appellees

**On Appeal from the 35th District Court**

**Brown County, Texas**

**Trial Court Cause No. CV-1207249**

### M E M O R A N D U M   O P I N I O N

Appellant, Charles Matlock, individually and d/b/a Matlock Insurance Agency, filed a notice of appeal on June 5, 2014. According to the district clerk, Appellant has not filed a designation of record or paid for the clerk's record. *See* TEX. R. APP. P. 35.3(a)(2). We notified Appellant by letter that the clerk's record

was due to be filed on September 18, 2014, that Appellant must resolve this matter by September 23, 2014, and that this appeal would be subject to dismissal if Appellant failed to timely resolve this matter and provide proof to this court regarding the resolution. *See* TEX. R. APP. P. 37.3(b). We have received no response from Appellant, nor have we received any proof that Appellant has filed a designation of record, paid for the clerk's record, or made arrangements to pay for the clerk's record. Accordingly, Appellant has not timely resolved the matter involving the clerk's record.[1]

Consequently, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

PER CURIAM

October 2, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

---

[1]We note also that the judgment from which Appellant attempts to appeal—an order denying Appellant's motions for summary judgment—does not appear to be a final, appealable order as it does not dispose of all parties and all claims.